# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137423

SUZANNE VERBRUGGHE, as Personal
Representative of the Estate of GEORGE
VERBRUGGHE, Deceased,
        Plaintiff-Appellant,

v

SELECT SPECIALTY HOSPITAL-MACOMB
COUNTY, INC.,
        Defendant-Appellee,

and

MARIUS LAURINAITIS, M.D.,
        Defendant.
_____/

SC: 137423
COA: 287888
Macomb CC: 2004-002665-NH

     On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

Clerk

d0114